# Exhibit K

Exhibit K

----- Forwarded Message -----
**From:** "Richard Saddler" <richardsaddler@yahoo.com>
**To:** "LSmith@jamsadr.com" <LSmith@jamsadr.com>, "tmcfarland@gsrm.com" <tmcfarland@gsrm.com>, "ccardwell@gsrm.com" <ccardwell@gsrm.com>
**Sent:** Thu, Sep 2, 2021 at 1:41 PM
**Subject:** Re: Saddler, Richard vs. Carvana LLC - JAMS Ref No. 1440007303

Good afternoon to all; with the federal filings that we just completed today, it is my suggestion that we Are temporarily postpone all functions of this case until the federal lawsuit has been preliminarily adjudicated. It wouldn't be financially cost-effective for us to be possibly fighting the same cases in to arenas.

Sent from Yahoo Mail on Android

On Fri, Aug 27, 2021 at 9:32 AM, Lauren Smith <LSmith@jamsadr.com> wrote:

Good morning, attached is Order No. 1 in the above referenced matter. Per the order, all documents must be electronically filed on JAMS Access going forward. You will not be receiving emailed copies of the orders and correspondence. Mr. Saddler, you will need to create a free JAMS Access account. Instructions to do so are attached. Please click the link https://access.jamsadr.com/ and follow the instructions to create your account. If you have any questions, please let me know.

- Lauren



**Lauren Smith**
Case Manager

**JAMS - Local Solutions. Global Reach.**™

190 Carondelet Plaza | Suite 1100 | St. Louis, MO 63105

P: 314-334-5267 | F: 314-944-5054

www.jamsadr.com