# Exhibit L

Exhibit L

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| Richard Saddler, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| vs. ) | JAMS Ref. No 1440007303 |
| ) | |
| Carvana LLC, ) | |
| ) | |
| Respondent. ) | |

## Order No. 2

On September 2, 2021, claimant emailed the JAMS case manager and opposing counsel suggesting the temporary postponement of this arbitration until "the federal lawsuit has been preliminarily adjudicated."

On September 7, 2021, respondent filed a letter responding to claimant's request, asserting that the federal lawsuit is a St. Louis County Circuit Court Case No. 21 SL-CC01705, *Bridgecrest Acceptance Corporation v. Saddler*, which claimant is seeking to remove to federal court, apparently seeking to join respondent as a party in a counter-complaint. Respondent requests that the claimant's requested postponement be denied, that the arbitration proceed as provided for in Order No. 1, and that the Arbitrator enjoin claimant from further attempts "to file his claims elsewhere that must be litigated in this proceeding."

I have carefully reviewed the parties' requests and arguments. Claimant's request to postpone this arbitration is DENIED. Respondent's request that the arbitration proceed as provided for in Order No. 1 is GRANTED. However, respondent's request that claimant be enjoined from filing claims outside the arbitration is DENIED in light of three considerations. First, because the pleadings are to be amended and the parties have agreed that certain threshold

issues in this arbitration should first be resolved, it impossible to determine the parameters of this arbitration at this juncture. Second, although the arbitration agreement empowers the arbitrator to "award all remedies," it is far from clear that this language would empower me to order the requested injunction. Third, the federal court can authoritatively adjudicate the requested removal of proceedings from state to federal court.

Dated: September 13, 2021

/s/ *Lawrence E. Mooney*
Hon. Lawrence E. Mooney (Ret.)
JAMS Arbitrator