Case: 4:23-cv-00150-HEA   Doc. #: 10-3   Filed: 05/18/23   Page: 1 of 1 PageID #: 549

**In the**
# CIRCUIT COURT
**of St. Louis County, Missouri**



| | | |
|---|---|---|
| Bridgecrest Acceptance Corp. | 4-25-22 | **FILED** |
| Plaintiff(s) | Date | |
| vs. | 21SL-CC01703 | APR 2 5 2022 |
| | Case Number | |
| Sadler | 12 | JOAN M. GILMER |
| Defendant(s) | Division | CIRCUIT CLERK, ST. LOUIS COUNTY |

Parties appeared on Bridgecrest's motion to compel arbitration and dismiss action or, in the alternative, to stay pending arbitration. The court grants the motion to the extent the entire matter is stayed pending the conclusion of the arbitration proceedings. Parties will report to court within 30 days of the conclusion of the arbitration proceedings.

**SO ORDERED**

_[signature]_
Judge
**ENTERED:** _____
(Date)

CCOPR47-WS  Rev. 02/14

Attorney: M Thomas McFarland    Bar No. TN #033437
Address: 150 Third Ave S., Ste 1700, Nashville, TN 37201
Phone No. 615-244-4444    Fax No.

Attorney: _[signature]_    Bar No.
Address: _____
Phone No. _____

**EXHIBIT 3**