**In the CIRCUIT COURT of St. Louis County, Missouri**



Plaintiff(s): Bridgecrest Acceptance Corporation

vs.

Defendant(s): Sadoller

Date: January 31, 2023

Case Number: 21SL-CC01705

Division: 12

For File Stamp Only

**FILED** JAN 31 2023

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Richard Sadoller, appearing pro se, and M. Thomas McFarland and William Brasher, appearing on behalf of Bridgecrest Acceptance Corporation appeared for hearing on Sadoller's Motion for Relief From Stay. The Court denies Sadoller's Motion as premature without prejudice and denies all other pending motions in light of the in place stay of proceedings. Parties will report to Court within 30 days of the conclusion of arbitration, via issuance of a Final Award.

**SO ORDERED**

Judge: [signature]

ENTERED: _____ (Date)

CCOPR47-WS  Rev. 02/14

Attorney: M. Thomas McFarland     Bar No. PHV TN #035432
Address: 150 3rd Avenue South, Nashville, TN 37208
Phone No.: 615-244-4994     Fax No.: 615-256-6339

Attorney: Richard Sadoller  Pro se     Bar No.
Address: 413 Genoa Dr Manchester MO
Phone No.: 310-428-2110

EXHIBIT 4