**In the**
# CIRCUIT COURT
**of St. Louis County, Missouri**



For File Stamp Only

Plaintiff(s): Bridgecrest Acceptance Corporation

vs.

Defendant(s): Saddler

Date: April 27, 2023

Case Number: 21SL-CC01705

Division: 12

**FILED**
APR 27 2023
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Cause heard on April 27, 2023, matter continued until July 13, 2023 for a status conference at 8:30 a.m.

**SO ORDERED**

Judge: [signature]

ENTERED: _____ (Date)

CCOPR47-WS  Rev. 02/14

Attorney: M. Thomas McFarland, pro hac vice   Bar No. TN#035432
Address: 150 Third Avenue South, Ste. 1700, Nashville, TN 37201
Phone No.: 615-244-4994   Fax No.:

Attorney Pro-SE: Richard Saddler   Bar No.
Address: 413 Genoa Dr  Manchester
Phone No.: 310-428-2110

**EXHIBIT 5**