UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RICHARD SADDLER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. **4:23CV150 HEA** |
| **CARVANA, LLC, et al.,** | ) |
| **Defendants.** | ) |

### ORDER OF DISMISSAL

Pursuant to the Opinion, Memorandum and Order dated this same date,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

Dated this 14th day of July, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE