# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 04, 2023

Richard Saddler
413 Genoa Drive
Manchester, MO  63021

RE:  23-2858  Richard Saddler v. Carvana, LLC, et al

Dear Richard:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

HAG

Enclosure(s)

cc:     William A. Brasher
        Clerk, U.S. District Court, Eastern District of Missouri

        District Court/Agency Case Number(s):   4:23-cv-00150-HEA

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2858
_____

Richard Saddler

Plaintiff - Appellant

v.

Carvana, LLC; Bridgecrest Acceptance Corporation; Drive Time Automotive Group, Inc.

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
 (4:23-cv-00150-HEA)

------

**JUDGMENT**

Before LOKEN, KELLY, and KOBES, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

    October 04, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

    /s/ Michael E. Gans